IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| GILBERT BRYAN, | Case No. 5:25-cv-00578-M-BM |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. |  |
| EQUIFAX, INC., |  |
| Defendant. |  |

Defendant Equifax Information Services LLC, incorrectly identified as Equifax, Inc., by its attorneys and pursuant to Local Civil Rule 83.1, hereby provides notice that Vincent Smolczynski of the law firm Seyfarth Shaw LLP, 300 S. Tryon Street, Suite 400, Charlotte, NC 28202; Telephone: (704) 925-6060, enters his appearance in this action as counsel for Defendant.

DATED: September 17, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Vincent Smolczynski*

Vincent Smolczynski
vsmolczynski@seyfarth.com
SEYFARTH SHAW LLP
300 S. Tryon Street
Suite 400
Charlotte, North Carolina  28202
Telephone:  (704) 925-6060
Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC, incorrectly*
*identified as Equifax, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Gilbert Bryan, *Pro Se*
> 5506 Dodge Drive
> Fayetteville, NC 28314

> /s/ *Vincent Smolczynski*
> Vincent Smolczynski
> *Counsel for Defendant*
> *Equifax Information Services LLC, incorrectly*
> *identified as Equifax, Inc.*