

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax:   (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

September 18, 2025

Gilbert Bryan
5506 Dodge Drive
Fayetteville, NC 28314

RE:    Bryan v. Equifax Inc.
       5:25-CV-578-M-BM
       **Notice to Pro Se Party Regarding Response to Motion to Dismiss Filed on**
**9/17/2025—Docket Entry # 4**

Dear Mr. Bryan:

   *This letter provides important information about your case*.

   The defendant filed a motion to dismiss in the above-captioned case.  Local Civil Rule 7.1(f), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion.  If you fail to respond, the court may grant the motion and your case could be dismissed. Your material in opposition to the motion to dismiss must be filed with the court on or before October 11, 2025.

   Under Rule 5 of the Federal Rules of Civil Procedure and Local Civil Rule 5.1(f)(2), you must serve a copy of anything that you file with the court on any party who is a not a registered user of CM/ECF (i.e., a pro se party who has not registered for e-noticing).

                              Sincerely,
                              Peter A. Moore, Jr., Clerk of Court


                              By:    /s/ Susan K. Edwards
                                     Deputy Clerk

cc:    Vincent Smolczynski