# CERTIFIED MAIL ™

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM

BO12581972.1.1c

GILBERT BRYAN
4868 Hwy 85 Suite 100
Forest Park, GA 30297-2473

0012581972000011
ATTN: Clerk of Court
P.O. BOX 25670
Raleigh, NC 27611



**USPS CERTIFIED MAIL**

9214 8901 4298 0429 1021 88

RECEIVED

OCT 10 2025

PETER A. MOORE, JR., CLERK

2761185670 B013



SUSTAINABLE FORESTRY INITIATIVE

Certified Sourcing

www.sfiprogram.org
SFI-00411

10-LScert