IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GILBERT BRYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC.,<br><br>        Defendant. | Case No. 5:25-cv-00578-M-BM<br><br>**NOTICE OF FILING EXHIBIT A IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FOR FRAUD UPON THE COURT** |

COMES NOW Defendant, Equifax Information Services LLC ("Equifax"), incorrectly identified as "Equifax, Inc.," and submits this Notice of Filing **Exhibit A** in support of its Reply Brief in Support of its Motion to Dismiss the Complaint filed by Plaintiff for fraud upon the Court. The Exhibit was inadvertently left off the Reply filed October 15, 2025.

DATED:  October 16, 2025

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Vincent Smolczynski*
     Vincent Smolczynski
     vsmolczynski@seyfarth.com
     SEYFARTH SHAW LLP
     300 S. Tryon Street
     Suite 400
     Charlotte, North Carolina  28202
     Telephone:  (704) 925-6060
     Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC, incorrectly*
*identified as Equifax, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, I presented the foregoing NOTICE OF FILING EXHIBIT A IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FOR FRAUD UPON THE COURT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Gilbert Bryan, *Pro Se*
> 5506 Dodge Drive
> Fayetteville, NC 28314

/s/ Vincent Smolczynski
Vincent Smolczynski
*Counsel for Defendant*
*Equifax Information Services LLC, incorrectly*
*identified as Equifax, Inc.*

320993524v.1