# EXHIBIT A

May 12, 2025

Gilbert Bryan
▮▮▮▮▮▮ge Drive
Fayetteville, NC 28303
SSN: 2▮▮▮▮▮▮▮▮ | DOB: 05/15/1964

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

To Whom This May Concern,

The items listed below remain on my credit report in violation of Federal Law. I demand that you investigate and update/correct these errors to reflect the discharge of the debts in bankruptcy on my credit report as stated 11 U.S.C. § 525(a).

Please note that pursuant to 11 U.S.C. § 524(a)(2): Creditors are permitted from attempting to collect a debt that has been **discharged in bankruptcy.**

I have also attached a notarized "Certificate of Discharge" and the "1099-C" verifying status of these accounts.

The law is very clear as to the Civil liability and the remedy available to me for "negligent noncompliance" **(15 U.S. Code § 1681n - Civil liability for willful noncompliance)** if you fail to comply.

**I am a litigious consumer and fully intend on pursuing litigation in this matter to enforce my rights under the FCRA.**

I demand the following accounts to be deleted immediately:

1. Apple Card-GS Bank          ▮▮▮▮▮▮4403
2. Discover Bank               ▮▮▮▮▮▮3979
3. U.S. Bank                   ▮▮▮▮▮▮7254
4. USAA Federal Savings BK     ▮▮▮▮▮▮916
5. USAA Federal Savings BK     ▮▮▮▮▮▮0710
6. JP MORGAN CHASE             ▮▮▮▮▮▮5485

1

*Also, remove all **non-account holding inquiries** that are over 30 days old.

Regards,

*Gilbert Bry*


**Jurat Notary: I, the undersigned, certify that the information provided herein is true and accurate to the best of my knowledge.**

Witnessed and attested this 12 day of MAY, 20 25

Your signature _Gilbert Bry_

**Notary Public:** State of NORTH CAROLINA County of CUMBERLAND

Sworn to be affirmed by and subscribed before me on the 12th day of May, year 20 25,

_Candice H. Faircloth_ Notary Name

_Colo R.J_ Notary Signature

_May 17, 2025_ Commission Expires:

Notary Seal:

[Seal: CANDICE H FAIRCLOTH, NOTARY PUBLIC, SAMPSON COUNTY, NC]

## APPLE/GS CARD ACCT# 1200012061604403

| 8585 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>GILBERT BRYAN<br>FAYETTEVILLE, NC 28303<br>910.257.7828 | | | 1 Date of identifiable event<br>4.25.2022<br>2 Amount of debt discharged<br>$ 7,455.00<br>3 Interest, if included in box 2<br>$ | OMB No. 1545-1424<br>Form **1099-C**<br>(Rev. January 2022)<br>For calendar year<br>20 24 | **Cancellation of Debt** |
| CREDITOR'S TIN | DEBTOR'S TIN<br>13-4019460 | | 4 Debt description<br>CONSUMER CREDIT EXPENDITURES | | Copy A<br>For Internal Revenue Service Center |
| DEBTOR'S name<br>APPLE / GOLDMAN SACHS CARD | | | | | File with Form 1096. |
| Street address (including apt. no.)<br>200 WEST ST 29TH FLOOR | | | 5 Check here if the debtor was personally liable for repayment of the debt ☐ | | For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code<br>NEW YORK, NY 10282 | | | | | |
| Account number (see instructions)<br>1200012061604403 | | | 6 Identifiable event code<br>A | 7 Fair market value of property<br>$ 7,455.00 | |

Form **1099-C** (Rev. 1-2022)  Cat. No. 26280W  www.irs.gov/Form1099C  Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

## USAA FEDERAL BANK ACCT# 113390071

| 8585 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>GILBERT BRYAN<br>28303<br>910.257.7828 | | | 1 Date of identifiable event<br>8.23.2021<br>2 Amount of debt discharged<br>$ 5,865.00<br>3 Interest, if included in box 2<br>$ | OMB No. 1545-1424<br>Form **1099-C**<br>(Rev. January 2022)<br>For calendar year<br>20 24 | **Cancellation of Debt** |
| CREDITOR'S TIN | DEBTOR'S TIN<br>74-2291652 | | 4 Debt description<br>CONSUMER CREDIT EXPENDITURES | | Copy A<br>For Internal Revenue Service Center |
| DEBTOR'S name<br>USAA FEDERAL BANK | | | | | File with Form 1096. |
| Street address (including apt. no.)<br>10750 Mcdermott Freeway | | | 5 Check here if the debtor was personally liable for repayment of the debt ☐ | | For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code<br>San Antonio, TX 78288 | | | | | |
| Account number (see instructions)<br>1133900710 | | | 6 Identifiable event code<br>A | 7 Fair market value of property<br>$ 5,865.00 | |

Form **1099-C** (Rev. 1-2022)  Cat. No. 26280W  www.irs.gov/Form1099C  Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

USAA FEDERAL BANK ACCT# 1131964916

| 8585 | ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. GILBERT BRYAN FAYETTEVILLE, NC 28303 910.257.7828 | | 1 Date of identifiable event 10.26.2021 | OMB No. 1545-1424 Form **1099-C** (Rev. January 2022) | **Cancellation of Debt** | |
| | | 2 Amount of debt discharged $ 5,460.00 | | | |
| | | 3 Interest, if included in box 2 $ | For calendar year 20 **24** | | |
| CREDITOR'S TIN | DEBTOR'S TIN 74-2291652 | 4 Debt description CONSUMER CREDIT EXPENDITURES | | Copy A For Internal Revenue Service Center File with Form 1096. For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns. | |
| DEBTOR'S name USAA FEDERAL BANK | | | | | |
| Street address (including apt. no.) 10750 Mcdermott Freeway | | 5 Check here if the debtor was personally liable for repayment of the debt ☐ | | | |
| City or town, state or province, country, and ZIP or foreign postal code San Antonio, TX 78288 | | | | | |
| Account number (see instructions) 1131964916 | | 6 Identifiable event code A | 7 Fair market value of property $ 5,460.00 | | |

Form **1099-C** (Rev. 1-2022)  Cat. No. 76280W  www.irs.gov/Form1099C  Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

# Form 1099-C — Cancellation of Debt

**8585** ☐ VOID ☐ CORRECTED

**CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**
GILBERT BRYAN
[redacted]
FAYETTEVILLE, NC 28303
ph: 910-257-7828

**1 Date of identifiable event:** 7/21/2021
**2 Amount of debt discharged:** $19,847
**3 Interest, if included in box 2:** $
**OMB No. 1545-1424**
**Form 1099-C** (Rev. January 2022)
**For calendar year:** 20 24

**CREDITOR'S TIN:** [redacted]
**DEBTOR'S TIN:** 13-4994650

**4 Debt description:** Consumer Credit Expenditure

**DEBTOR'S name:** J.P. Morgan Chase
**Street address:** 1111 POLARIS PKWY
**City, state, ZIP:** COLUMBUS, OHIO 43240
**Account number:** 414720249994 86973

**5 Check here if the debtor was personally liable for repayment of the debt:** ☐
**6 Identifiable event code:** A
**7 Fair market value of property:** $19,847

Copy A — For Internal Revenue Service Center
File with Form 1096.

Form 1099-C (Rev. 1-2022)   Cat. No. 26280W   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

---

**8585** ☐ VOID ☐ CORRECTED

(blank 1099-C form)

---

**8585** ☐ VOID ☐ CORRECTED

(blank 1099-C form)

# Certificate of Discharge

## United States Bankruptcy Court

Eastern **District of** North Carolina

Chapter you are filing under:

☐ Chapter 7

☒ Chapter 11

☐ Chapter 12

☐ Chapter 13

**Official Substitute Form 101**

# Certificate of Discharge in Bankruptcy Under Title 11 of The United States Code

**Debtor Information:**

- **INDIVIDUAL DEBTOR NAME:** GILBERT BRYAN
- **CASE NUMBER:** ******2328
- **CONSUMER NAME:** USAA FEDERAL SAVINGS BANK
- **CONSUMER ACCOUNT NUMBER:** ▮▮▮▮0710
- **LIST ALL OTHER NAMES YOU HAVE BEEN KNOWN BY:**

1. | GILBERT | | BRYAN |
   |---|---|---|
   | First | Middle Name or Initial | Last |

2. | GIL | | BRYAN |
   |---|---|---|
   | First | Middle Name or Initial | Last |

3. | Brian | | GILBERT |
   |---|---|---|
   | First | Middle Name or Initial | Last |

4. | GIL BRYAN | | BRYAN |
   |---|---|---|
   | First | Middle Name or Initial | Last |

**Date of Discharge:** 8/23/2021

**Notice to Credit Grantors and/or Interested Parties:** This is to certify that the debtor named above has granted a discharge of consumer debt as defined 11 U.S.C. § 101(8) of the United States Code. All debts arising before the date of the order for relief under this chapter has been discharged.

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct. If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7. If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x _Wilburt Bry_
Signature of Debtor

**Jurat Notary:** I, the undersigned, certify that the information provided herein is true and accurate to the best of my knowledge.

**Witnessed and attested this** 12th **day of** May, 20 25

Your signature _Wilburt Bry_

**Notary Public:** State of NORTH CAROLINA County of CUMBERLAND

Sworn to be affirmed by and subscribed before me on the 12th day of May, year 20 25,

_Candice H. Faircloth_ Notary Name

_Cali NA_ Notary Signature

_May 17, 2025_ Commission Expires:

Notary Seal: *[Seal: CANDICE H FAIRCLOTH NOTARY PUBLIC SAMPSON COUNTY, NC]*

# Certificate of Discharge

**United States Bankruptcy Court**

___Eastern___ **District of** ___North Carolina___

Chapter you are filing under:

☐ Chapter 7

☒ Chapter 11

☐ Chapter 12

☐ Chapter 13

**Official Substitute Form 101**

# Certificate of Discharge in Bankruptcy Under Title 11 of The United States Code

**Debtor Information:**

- **INDIVIDUAL DEBTOR NAME:** GILBERT BRYAN
- **CASE NUMBER:** ******2328
- **CONSUMER NAME:** USAA FEDERAL SAVINGS BANK
- **CONSUMER ACCOUNT NUMBER:** ▉▉▉▉4916
- **LIST ALL OTHER NAMES YOU HAVE BEEN KNOWN BY:**

| | First | Middle Name or Initial | Last |
|---|---|---|---|
| 1. | GILBERT | | BRYAN |
| 2. | GIL | | BRYAN |
| 3. | Brian | | GILBERT |
| 4. | GIL BRYAN | | BRYAN |

Date of Discharge: 10/26/2021

**Notice to Credit Grantors and/or Interested Parties:** This is to certify that the debtor named above has granted a discharge of consumer debt as defined 11 U.S.C. § 101(8) of the United States Code. All debts arising before the date of the order for relief under this chapter has been discharged.

**I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct. If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7. If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.**

x _Gilbert Buy_
Signature of Debtor

**Jurat Notary:** I, the undersigned, certify that the information provided herein is true and accurate to the best of my knowledge.

**Witnessed and attested this** 12th **day of** May, 20 25

Your signature _Gilbert Buy_

**Notary Public:** State of NORTH CAROLINA County of CUMBERLAND

Sworn to be affirmed by and subscribed before me on the 12th day of May, year 20 25,

_Candice H. Faircloth_ Notary Name
_[signature]_ Notary Signature
May 17, 2025 Commission Expires:

Notary Seal: [SEAL: CANDICE H FAIRCLOTH NOTARY PUBLIC SAMPSON COUNTY, NC]

# Certificate of Discharge

## United States Bankruptcy Court

_____Eastern_____ **District of** _____North Carolina_____

Chapter you are filing under:

☐ Chapter 7

☒ Chapter 11

☐ Chapter 12

☐ Chapter 13

**Official Substitute Form 101**

# Certificate of Discharge in Bankruptcy Under Title 11 of The United States Code

**Debtor Information:**

- **INDIVIDUAL DEBTOR NAME:** GILBERT BRYAN
- **CASE NUMBER:** ******2328
- **CONSUMER NAME:** JP MORGAN CHASE BANK CARD
- **CONSUMER ACCOUNT NUMBER:** ▮▮▮▮▮▮973
- **LIST ALL OTHER NAMES YOU HAVE BEEN KNOWN BY:**

| # | First | Middle Name or Initial | Last |
|---|-------|------------------------|------|
| 1. | GILBERT |  | BRYAN |
| 2. | GIL |  | BRYAN |
| 3. | Brian |  | GILBERT |
| 4. | GIL BRYAN |  | BRYAN |

Date of Discharge: 7/21/2021

**Notice to Credit Grantors and/or Interested Parties:** This is to certify that the debtor named above has granted a discharge of consumer debt as defined 11 U.S.C. § 101(8) of the United States Code. All debts arising before the date of the order for relief under this chapter has been discharged.

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct. If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7. If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x /s/ Gilbert Bry/
Signature of Debtor

**Jurat Notary:** I, the undersigned, certify that the information provided herein is true and accurate to the best of my knowledge.

Witnessed and attested this 12th day of May, 2025

Your signature /s/ Gilbert Bry/

**Notary Public:** State of NORTH CAROLINA County of CUMBERLAND

Sworn to be affirmed by and subscribed before me on the 12th day of May, year 2025,

Candice K. Faircloth _____ Notary Name
Colo NA _____ Notary Signature
May 17, 2025 _____ Commission Expires:

Notary Seal: [SEAL: CANDICE H FAIRCLOTH NOTARY PUBLIC SAMPSON COUNTY, NC]

# Certificate of Discharge

## United States Bankruptcy Court

_____Eastern_____ **District of** _____North Carolina_____

Chapter you are filing under:

☐ Chapter 7

☒ Chapter 11

☐ Chapter 12

☐ Chapter 13

**Official Substitute Form 101**

# Certificate of Discharge in Bankruptcy Under Title 11 of The United States Code

**Debtor Information:**

- **INDIVIDUAL DEBTOR NAME:** GILBERT BRYAN
- **CASE NUMBER:** \*\*\*\*\*\*2328
- **CONSUMER NAME:** US BANK
- **CONSUMER ACCOUNT NUMBER:** ▮▮▮▮▮▮▮▮7254
- **LIST ALL OTHER NAMES YOU HAVE BEEN KNOWN BY:**

1. GILBERT _____ BRYAN
   First / Middle Name or Initial / Last

2. GIL _____ BRYAN
   First / Middle Name or Initial / Last

3. Brian _____ GILBERT
   First / Middle Name or Initial / Last

4. GIL BRYAN _____ BRYAN
   First / Middle Name or Initial / Last

**Date of Discharge:** 8/4/2020

**Notice to Credit Grantors and/or Interested Parties:** This is to certify that the debtor named above has granted a discharge of consumer debt as defined 11 U.S.C. § 101(8) of the United States Code. All debts arising before the date of the order for relief under this chapter has been discharged.

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct. If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7. If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x _[signature]_
Signature of Debtor

**Jurat Notary:** I, the undersigned, certify that the information provided herein is true and accurate to the best of my knowledge.

Witnessed and attested this 12th day of May, 2025

Your signature _[signature]_

**Notary Public:** State of NORTH CAROLINA County of CUMBERLAND

Sworn to be affirmed by and subscribed before me on the 12th day of May, year 2025,

Candice H. Faircloth _____ Notary Name
_[signature]_ _____ Notary Signature
May 17, 2025 _____ Commission Expires:

Notary Seal: _[seal: CANDICE H FAIRCLOTH, NOTARY PUBLIC, SAMPSON COUNTY, NC]_