# EXHIBIT

# B

 

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

 ❮ All complaints (.)

# 250611-21466385

**CLOSED**

## ✔ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 6/11/2025 | Credit reporting or other personal consumer reports | Problem with a company's investigation into an existing problem |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

Re: Method of Verification Re: CFPB.gov File #250512-20731846 Dear Sir/Madam, I am writing to request the method of verification for the following items that still appear on my credit report (report submitted via the CFPB.gov on May 12, 2025) and the reinvestigation of the accounts listed below per 15 U.S. Code § 1681i(a)(1)(A): Apple Card-GS Bank / Acct # 1200012061604403 Discover Bank / Acct # 6011006783543979 U.S. Bank / Acct # 4094510001207254 USAA Federal Savings BK / Acct # 1131964916 USAA Federal Savings BK / Acct # 1133900710 JP MORGAN CHASE / Acct # 4147202043595485 I request that you, Equifax: 1. Re-investigate these items in light of the provided 1099-C forms and the relevant legal statutes. Since these debts have been canceled, they should be removed from my credit report. 2. Send me copies of Equifax's Power Attorney that gives Equifax permission to discuss my accounts with the above corporations without my (the account holder's) permission. 3. Send me copies of verification documents,

contracts and account statements- I did not give any furnisher/company permission to provide any financial information about me/my accounts. Providing financial information without a Power of Attorney and/or my expressed permission could be evidence of Identity Theft. Additionally, I have previously submitted a 1099-C debt cancellation form for each of the above-mentioned accounts, indicating that these debts have been canceled or forgiven. I have also referenced the following legal statutes in my previous correspondence: - 11 U.S.C. § 525(a): This section protects individuals from discrimination due to bankruptcy and ensures that they are not denied employment, licenses, or other benefits based on their bankruptcy filing. - 11 U.S.C. § 524(a)(2): This section provides that a creditor may not collect a discharged debt as a personal liability of the debtor. - 15 U.S.C. § 1681n: This section outlines the procedures for disputing inaccurate information on a credit report and the obligations of credit bureaus to investigate and resolve such disputes. Thank you for your attention to this matter. I look forward to your prompt response.

View full complaint ⊕



## Sent to company

**STATUS**

Sent to company on 6/11/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is in progress as of 6/18/2025

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and thoroughly research your submission. Once we've completed our research, we will provide an updated response with our findings.

# ✔ Company responded

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 7/12/2025 | Closed with non-monetary relief |

## Company's Response

Thank you for submitting your complaint through the CFPB Complaint Portal. In your complaint, you indicated that there were inaccurate items reporting on your credit file. Equifax has completed its investigation, including contacting the furnisher of the information, where applicable. A summary of the results are listed below: Trade: DISCOVER CARD EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: CLOSED DATE,SCHEDULED PAYMENT,HIGH CREDIT Trade: U.S. BANK EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. Trade: USAA FEDERAL SAVINGS BK EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. Trade: USAA FEDERAL SAVINGS BK EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. NON REPORTING DISPUTES Trade: APPLE CARD GS BANK THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. Trade: JP MORGAN CHASE THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. We hope this resolves your concerns and, if applicable, a copy of the dispute results has been mailed to you. If you have any additional questions, you may call 1-888-EQUIFAX (888-378-4329) or you may visit www.myequifax.com. With myEquifax, you can create an account to manage your security freeze, add or remove fraud alerts, and initiate credit file disputes. Additionally you can access free Equifax credit reports and other products. You may also obtain a free copy of your credit report on annualcreditreport.com.

**DESCRIPTION OF NON-MONETARY RELIEF**

Equifax reviewed the complaint, relevant documents, and completed an investigation where applicable.

# 📷 Feedback requested

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 7/12/2025 | 9/10/2025 |

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

## ❌ Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)