# EXHIBIT C

Date: July 17, 2025
Notice of Claim

To: Office of Consumer Relations, Equifax
1550 Peachtree Street NW
Atlanta, GA 30309

From: GILBERT BRYAN
4868 Hwy 85 Suite #100
Forest Park, GA 30297-2473

Email: gbryan115@gmail.com
Phone: 910.257.7828

Subject: Formal Notice of Claim for Violations of Federal Bankruptcy Laws and the Fair Credit Reporting Act (FCRA); Demand for Compensation

Dear Equifax Consumer Relations and Legal Department:

This letter serves as a formal Notice of Claim regarding multiple, repeated failures by Equifax to comply with the Fair Credit Reporting Act (FCRA), U.S. bankruptcy protections, and related statutes. I am seeking monetary compensation totaling no less than $50,000 for the substantial damages I have suffered as a direct result of Equifax's ongoing noncompliance.

Summary of Complaints and Supporting Documentation

On December 9, 2024, I lodged Complaint #241209-17351532 with the Consumer Financial Protection Bureau (CFPB), disputing the following accounts:

- BARCLAYS BANK DELAWARE / Acct#: xxxxxxxx6570
- DISCOVER BANK / Acct#: xxxxxxxx3979
- JPMCB CARD / Acct#: xxxxxxxx5485
- NAVY FEDERAL CREDIT UNION / Acct#: xxxxxxxx6186
- US BANK / Acct#: xxxxxxxx7254
- I provided:
  - A copy of my Equifax Credit Report highlighting erroneous accounts
  - FTC Identity Theft Criminal Complaint #180747033 covering all listed accounts

- - My identification: driver's license, Social Security card, and recent bank statements
- Basis: Dispute due to identity theft.
- Cited Laws:
  - 11 U.S.C. § 525(a): Prohibits discrimination based on bankruptcy filing.
  - 11 U.S.C. § 524(a)(2): Bars collection of discharged debts.
  - 15 U.S.C. § 1681n, §1681i, and §1681c-2: Prescribes Equifax's obligations to investigate and promptly resolve disputed items.
- Result: The following accounts remain on my report in violation of federal law:
  - DISCOVER BANK / Acct#: xxxxxxxx3979
  - JPMCB CARD / Acct#: xxxxxxxx5485
  - US BANK / Acct#: xxxxxxxx7254

On May 12, 2025, I submitted Complaint #250512-20731846 disputing:

- - Apple Card-GS Bank / xxxxxxxx4403
  - Discover Bank / xxxxxxxx3979
  - US Bank / xxxxxxxx7254
  - USAA Federal Savings BK / xxxxxxxx4916 & xxxxxxxx0710
  - JP Morgan Chase / xxxxxxxx5485
- I submitted copies of:
  - Bankruptcy discharge letters
  - IRS Form 1099-C for each account
  - Certificates of Discharge
  - Identification documents listed above
- Cited Laws: FCRA §1681i, 11 U.S.C. § 525(a), §524(a)(2), §1681n
- Result: Equifax failed to respond within 30 days and the accounts remain on my report.

On June 11, 2025, I filed Complaint #250611-21466385 regarding the same accounts listed above requesting Equifax to provide me their Method of Verification for each disputed account.

- Cited Laws: 15 U.S.C. §§ 1681i, 1681n (investigation obligations and civil penalties)

- Result: No Method of Verification was provided and all disputed accounts remain uncorrected.

On July 10, 2025, I submitted Complaint #250710-22213144 for:

  - LVNV Funding LLC/Resurgent Capital Services, L.P. / 4300156805****
- I provided:
    - My Equifax Report, FTC Identity Theft Report #189725153, and full identity documentation
- Cited Law: FCRA § 605B (15 U.S.C. § 1681c-2) – Mandates blocking of fraudulent items within four business days.
- Result: Item still appears, no action taken by Equifax.

Damages Incurred
As a direct consequence of Equifax's willful and repeated violations, I have suffered the following:

- Denial of housing: Application for an apartment ($1,800/month rent) rejected.
- Denial of vehicle financing: Loan application for $76,500 denied.
- Denial of credit: Rejection of a credit card application with a $20,000 limit.
- Inability to access fair and affordable credit or essential services.
- Emotional distress, reputational harm, and unquantifiable hardship directly traceable to the above actions.

Legal Grounds

- Equifax is in violation of 15 U.S.C. § 1681i (failure to reasonably investigate and correct disputed information), § 1681c-2 (failure to block fraudulent information within the required four business days), § 1681n (civil liability for willful noncompliance), and 11 U.S.C. §§ 524(a)(2), 525(a) (prohibition of discrimination or collection regarding discharged debts).
- The willful and repeated nature of these failures elevates the legal seriousness and exposes Equifax to statutory and punitive damages.
- Federal law provides for actual damages, statutory damages (up to $1,000 per violation), punitive damages, and costs including attorney's fees.

Demand for Compensation

- In light of the egregious and continuing violations of FCRA and federal bankruptcy protections, and the substantial economic and personal damages incurred, I hereby demand a minimum of $50,000 in compensation, justified by:

- o Substantial financial losses (over $98,000 in denied credit and housing opportunities)
- o Ongoing inability to obtain fair credit, housing, and essential financial products
- o Emotional distress and reputational harm
- o Willful disregard of federal laws mandating prompt and accurate resolution of credit disputes and identity theft claims

Remedy & Response Required

- I demand that all erroneous and fraudulent accounts be permanently deleted or corrected from my Equifax credit file within 10 days of this notice.
- I require written confirmation of these corrections and a detailed response to my compensation demand within 10 calendar days of receipt of this letter.
- Failure to comply will result in the immediate initiation of all available legal remedies, including but not limited to filing suit in federal court for damages, punitive damages, attorney's fees, and reporting your conduct to state and federal regulators.

You may contact me directly at gbryan115@gmail.com or 910.257.7828 for any necessary correspondence.

Sincerely,



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 07/28/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0422 5901 97. Our records indicate that this item was delivered on 07/21/2025 at 11:07 a.m. in ATLANTA, GA 30309. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service