**EXHIBITS:**

**Exhibit A**: May 12, 2025 Notarized Letter to Equifax with 1099-C and Certificates of Discharge

**Exhibit B**: June 11, 2025 CFPB Complaint #250611-21466385 (Method of Verification Request)

**Exhibit C**: July 17, 2025 Notice of Claim with Proof of USPS Delivery

15