

5506 Dody Dr
Fay NC 28303

Retail

US POSTAL SERVICE

RDC 99

27611

U.S. POSTAGE PAID
FCM LG ENV
FAYETTEVILLE, NC 28303
DEC 11, 2025

**$3.56**

S2324E501281-10

RECEIVED

DEC 15 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Attn: Clerk of Court
P.O. Box 25670
Raleigh, NC 27611

