**FILED**

JUL 28 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ‾‾M‾M‾‾‾‾‾‾‾ DEP CLK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### Civil Action No. 5:25-cv-00578-M-BM

GILBERT BRYAN,

Plaintiff

v.

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

PLAINTIFF'S MOTION FOR STATUS CONFERENCE OR, IN THE ALTERNATIVE, FOR A PROMPT RULING ON DEFENDANT'S PENDING MOTION TO DISMISS

NOW COMES Plaintiff, Gilbert Bryan ("Plaintiff"), appearing pro se, and respectfully moves the Court for a brief status conference, or, in the alternative, for a prompt ruling on Defendant's pending motion to dismiss. This request is made pursuant to Fed. R. Civ. P. 7(b) and Fed. R. Civ. P. 16, and the Court's inherent authority to manage its docket efficiently.

In support of this motion, Plaintiff states as follows:

1.  Defendant's motion to dismiss has been fully briefed and has been pending before the Court since the last filing on or about December 15, 2025.

2.  The case has not meaningfully progressed since that time, and the matter remains stalled while the pending motion is under consideration.

3.  Plaintiff understands that the Court may have good cause to prioritize its docket as it deems appropriate, and Plaintiff does not seek to reargue the merits of the motion to dismiss through this filing.

4.  Plaintiff seeks only a brief status conference, or, if the Court prefers, a prompt ruling on the pending motion so that this case may proceed in an orderly manner.

1

5. The case concerns, among other things, six disputed accounts identified in Plaintiff's settlement calculations, and Plaintiff has quantified the amount in dispute at $30,000.

6. Given the length of time the motion has been pending and the present posture of the case, a short status conference would assist the parties and the Court in determining the most efficient path forward.

7. For these reasons, Plaintiff respectfully requests that the Court set this matter for a brief status conference or, in the alternative, issue a prompt ruling on Defendant's pending motion to dismiss.

8. Plaintiff further requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 22, 2026

Gilbert Bryan
Plaintiff, Pro Se
5506 Dodge Drive
Fayetteville, NC 28314
gbryan115@gmail.com
(910) 257-7828

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22th day of July, 2026, I sent by first-class mail a copy of the foregoing document PLAINTIFF'S MOTION FOR STATUS CONFERENCE OR, IN THE ALTERNATIVE, FOR A PROMPT RULING ON DEFENDANT'S PENDING MOTION TO DISMISS to the Clerk of Court to be electronically filed/uploaded to the CM/ECF system for the United States District Court for the Eastern District of North Carolina. The CM/ECF system will automatically send notice of electronic filing to all counsel of record who are registered CM/ECF users.

Vincent Smolczynski
vsmolczynski@seyfarth.com
SEYFARTH SHAW LLP
300 S. Tryon Street
Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 925-6060
Facsimile: (312) 460-7000

Gilbert Bryan
Plaintiff, Pro Se
5506 Dodge Drive
Fayetteville, NC 28314
gbryan115@gmail.com
(910) 257-7828

3