Please Note:

There are 2 separate documents enclosed.

This ~~date~~ document is for

Case # 5:25cv-00578-M-BM

Plaintiff = Gilbert Bryan

Defendant = Equifax Information Services, LLC