506 Duds Dr.
Fay. NC 28303



**RECEIVED**

JUL 28 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Attn: Clerk of Court
P.O. Box 25670
Raleigh, NC 27611

